■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOUVIK BASU, Appellant. [46 NYS3d 425]—Appeals by the defendant from two judgments of the Supreme Court, Kings County (Firetog, J.), both rendered May 24, 2012, convicting him of criminal possession of a weapon in the second degree, under indictment No. 11826/08, and manslaughter in the first degree,

criminal possession of a weapon in the second degree, and assault in the second degree (two counts), under indictment No. 4055/09, upon his pleas of guilty, and imposing sentences. The appeal from the judgment under indictment No. 4055/09 brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgments are affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Innocent*, 132 AD3d 696 [2015]).

However, the defendant's contention that the lineups were unduly suggestive is partially unpreserved for appellate review and, in any event, without merit (*see People v Speaks*, 124 AD3d 689, 690 [2015], *affd* 28 NY3d 990 [2016]; *People v Villacreses*, 12 AD3d 624, 625 [2004]).

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention, raised in his pro se supplemental brief, is without merit. Dillon, J.P., Hall, Hinds-Radix and Brathwaite Nelson, JJ., concur.